# Court of Appeals, State of Michigan

## ORDER

People of MI v Lonnie James Arnold

Docket No.     325407

LC No.     13-040406-FH

Elizabeth L. Gleicher
Presiding Judge

Mark J. Cavanagh

Karen M. Fort Hood
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued April 12, 2016 is hereby VACATED.  A new opinion will be issued.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 2 2 2016
_____
Date

_____
Chief Clerk